RECEIVED

JUL 1 3 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

PD-0907-15

July 8, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

MICHAEL WAYNE PERRY #1941592

McCONNELL UNIT

3001 S. EMILY DRIVE

BEEVILLE, TEXAS 78102

FILED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

RE: MICHAEL PERRY VS THE STATE OF TEXAS
COURT OF APPEALS # 02-14-00293-CR
CAUSE # 1302260D
COURT OF APPEALS SECOND DISTRICT OF TEXAS


TO THE HONORABLE COURT
    I WOULD LIKE TO ASK THAT MY MOTION BE FORWARDED TO THE NECESSARY OFFICES REQUESTION A EXTENSION FOR 60 DAYS TO FILING APPELLANT/PETITION FOR DISCRETIONARY REVIEW. I'VE BEEN IN TRANSIT THE LAST MONTH AND I NEED TIME IN THIS LEGAL MATTER


Sincerely,
Michael Perry #1941592
MICHAEL PERRY

NO. 02-14-00293-CR

MICHAEL PERRY

    V.

THE STATE OF TEXAS

IN THE COURT OF
CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW THE APPELLANT/PETITIONER IN THE ABOVE-STYLED
AND NUMBER CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT
TO EXTEND THE TIME FOR FILING THE APPELLANT'S PETITION FOR
DISCRETIONARY REVIEW IN THE CAUSE AND IN THE SUPPORT OF
WOULD SHOW TO THE COURT THE FOLLOWING:

1. THE STYLED AND NUMBER OF THIS CASE TARRANT COUNTY
COURT OF APPEALS, IS: MICHAEL PERRY V. THE STATE OF TEXAS.
APPEAN NO. 02-14-00293-CR.

2. THE STYLED AND NUMBER OF THIS CASE IN THE TRAIL COURT:
THE STATE OF TEXAS V. MICHAEL PERRY: CAUSE NO: 1302260D,
FROM THE 297th JUDICIAL DISTRICT COURT OF TARRANT COUNTY,
TEXAS.

3. THE CONVICTION WAS AFFIRMED IN THE SECOND DISTRICT OF
TEXAS COURT OF APPEAL TARRANT COUNTY ON JUNE 11, 2015.

4. THE DEADLINE FOR FILING THE APPELLANT'S PETITION FOR
DISCRETIONARY REVIEW IS JULY 11, 2015.

5. AN EXTENSION OF TIME FOR A PERIOD OF SIXTY (60) DAYS IS
REQUESTED THAT WOULD MAKE THE DUE DATE AUGUST 10, 2015.

6. NO PRIOR REQUEST FOR AN EXTENSION OF TIME HAS BEEN MADE.

7. ADDITIONAL TIME IS NEEDED FOR THE APPELLANT TO EITHER PREPARE AND FILE THE PETITION PRO SE OR TO SEEK LEGAL ASSISTANCE IN FILING THE PETITION.

WHEREFORE, PREMISES CONSIDERED THE APPELLANT/PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT EXTEND TIME FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN THIS CAUSE TO AUGUST 10, 2015.

RESPECTFULLY SUBMITTED,

Michael W. Perry #1941592

MICHAEL WAYNE PERRY
McCONNELL UNIT
3001 S. EMILY DRIVE
BEEVILLE, TEXAS 78102

CERTIFICATE OF SERVICE

THE APPELLANT/PETITIONER HEREBY CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN MAILED TO THE OFFICE OF THE CRIMINAL DISTRICT ATTORNEY FOR TARRANT COUNTY, AND TO THE OFFICE OF THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN TEXAS 78711, ON THE 8 DAY OF JULY, 2015.

Michael Perry

-2-

MICHAEL HENRY 1941592
MC CONNELL UNIT
3001 S. EMILY DRIVE
BEEVILLE, TEXAS 78102

RECEIVED
JUL 13 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK
LEGAL MAIL



SECOND COURT OF APPEALS

ATT: DEBRA SPISAK (CLERK)
TARRANT COUNTY,
401 WEST, BELKNAP
FORT WORTH, TEXAS 76196

76196